**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 156 EAL 2012
:
Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
JOSEPH J. COLLINS, :
:
Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.